AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryant, John S. | Middle District of Tennessee | 05/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

797 U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Middle Tennessee Council, Boy Scouts of America |
| 2. | Co-trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank accounts (aggregated) | A | Interest | J | T | | | | | |
| 2. Northwestern Mutual Life Ins. policies (aggregated) | | None | N | T | | | | | |
| 3. Metropolitan Life Flexible Premium Life Insurance | | None | L | T | | | | | |
| 4. Brokerage account #1 | | | | | | | | | |
| 5. -- American Funds Gp: Capital Income Builder Fund | B | Dividend | K | T | | | | | |
| 6. -- American Funds Gp: Growth Fund of America | B | Dividend | K | T | Sold (part) | 08/28/13 | K | B | |
| 7. -- American Funds Gp: Small Cap World Fund | A | Dividend | K | T | Sold (part) | 06/11/13 | K | B | |
| 8. -- American Funds Gp: Washington Mutual Fund | B | Dividend | K | T | Sold (part) | 06/11/13 | K | C | |
| 9. -- same as above | | | | | Sold (part) | 08/28/13 | K | C | |
| 10. Berkshire Hathaway, Inc. class B common | | None | K | T | Sold (part) | 08/28/13 | J | A | |
| 11. Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 12. Janus Research Fund (IRA) | B | Dividend | M | T | | | | | |
| 13. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 14. Brokerage account #2 (Roll-over IRA) | | | | | | | | | |
| 15. --Accenture Ltd common | B | Dividend | L | T | | | | | |
| 16. -- Apache Corp. common | A | Dividend | L | T | | | | | |
| 17. -- Berkshire Hathaway, Inc. class B common | | None | M | T | Sold (part) | 02/25/13 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 12

Name of Person Reporting

Bryant, John S.

Date of Report

05/10/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Apple Computer common | B | Dividend | M | T | Buy | 01/23/13 | K | | |
| 19. -- same as above | | | | | Buy (add'l) | 03/28/13 | K | | |
| 20. -- same as above | | | | | Buy (add'l) | 09/11/13 | K | | |
| 21. -- AT&T, Inc. common | B | Dividend | K | T | | | | | |
| 22. -- Brookdale Sr. Living, Inc. | | None | L | T | Buy (add'l) | 04/18/13 | J | | |
| 23. -- same as above | | | | | Buy (add'l) | 08/30/13 | K | | |
| 24. --Caterpillar, Inc. common | B | Dividend | L | T | Buy (add'l) | 02/25/13 | K | | |
| 25. --Cisco Systems, Inc. common | B | Dividend | L | T | | | | | |
| 26. -- Corrections Corp. of America common | E | Dividend | L | T | Sold (part) | 05/21/13 | J | A | |
| 27. -- same as above | | | | | Buy (add'l) | 08/13/13 | K | | |
| 28. -- Walt Disney Co. common | | None | L | T | | | | | |
| 29. -- Duke Energy Corp. common | C | Dividend | L | T | | | | | |
| 30. --Exxon Mobil Corp. common | B | Dividend | M | T | | | | | |
| 31. --General Electric Co. common | B | Dividend | K | T | | | | | |
| 32. -- HCA Holdings, Inc. common | | None | L | T | | | | | |
| 33. -- HCP, Inc. common | C | Dividend | L | T | Buy (add'l) | 08/13/13 | K | | |
| 34. -- Home Depot, Inc. common | C | Dividend | M | T | Sold (part) | 04/11/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Intel Corp. common | C | Dividend | M | T | | | | | |
| 36. -- International Business Machines, Inc. common | B | Dividend | L | T | | | | | |
| 37. -- Johnson & Johnson common | C | Dividend | M | T | | | | | |
| 38. -- Kraft Foods Group, Inc. common | A | Dividend | | | Sold | 02/11/13 | K | D | |
| 39. -- Level 3 Communications common | | None | K | T | | | | | |
| 40. -- Merck & Co. common | | | L | T | Buy | 11/11/13 | K | | |
| 41. -- Microsoft, Inc. common | B | Dividend | L | T | Sold (part) | 03/21/13 | J | D | |
| 42. -- Mondelez International, Inc. common | A | Dividend | K | T | | | | | |
| 43. -- Philip Morris International, Inc. common | C | Dividend | L | T | | | | | |
| 44. -- Procter & Gamble Co. common | B | Dividend | L | T | | | | | |
| 45. -- Republic Services, Inc. common | B | Dividend | K | T | Sold (part) | 02/11/13 | J | C | |
| 46. -- Royal Dutch Shell class A common | B | Dividend | K | T | | | | | |
| 47. -- Schlumberger Ltd. common | B | Dividend | M | T | | | | | |
| 48. --Sysco Corp. common | B | Dividend | L | T | | | | | |
| 49. -- United Parcel Service, Inc. class B common | B | Dividend | L | T | | | | | |
| 50. -- United Technologies Corp. common | C | Dividend | M | T | Sold (part) | 04/10/13 | J | D | |
| 51. -- Vodaphone Group PLC ADS common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Wal-Mart Stores, Inc. common | B | Dividend | L | T | | | | | |
| 53. -- American Express Bank FSB Notes -- NonCall | A | Int./Div. | | | Sold | 04/16/13 | K | A | |
| 54. -- ADT Corp. Notes -- NonCall 2.250% due 7-15-17 | | | K | T | Buy | 08/15/13 | K | | |
| 55. -- Ashland, Inc. New Sr. Notes -- Call 06/01/13 | B | Int./Div. | | | Sold | 06/01/13 | K | A | |
| 56. -- Block Financial Corp. Global Notes 5.125% | B | Int./Div. | K | T | | | | | |
| 57. -- Brookdale Sr. Living Sr. Conv. Notes 2.75% due 6/15/18 | A | Int./Div. | K | T | | | | | |
| 58. -- Goldman Sachs Group, Inc. Notes due 8-15-17 | B | Int./Div. | K | T | | | | | |
| 59. -- St. Paul Travelers Inc. Senior Notes due 12-01-15 | B | Int./Div. | K | T | | | | | |
| 60. -- Verizon Inc. Notes - NonCall 6.125% due 3-1-12 | B | Int./Div. | K | T | | | | | |
| 61. --Burlington Northern Corp. Sr. Notes (Berkshire Hathaway) | B | Int./Div. | K | T | | | | | |
| 62. -- Chesapeake Energy Corp. Sr. Notes -- callable 8/15/2013 | B | Int./Div. | | | Sold | 04/01/13 | K | B | |
| 63. -- Computer Sciences Corp. Sr. Notes 6.5% Due 3-15-18 | B | Int./Div. | K | T | | | | | |
| 64. -- Corrections Corp. Sr. Notes -- Callable 6/1/13 | B | Int./Div. | | | Sold | 04/04/13 | K | A | |
| 65. -- HanesBrands, Inc. Sr. Notes -- Callable 12/15/15 | B | Int./Div. | K | T | Buy | 03/22/13 | K | | |
| 66. -- HCA Inc. Notes callable 6.750% due 7/15/13 | B | Int./Div. | | | Sold | 07/15/13 | K | A | |
| 67. -- HCA Sr. Notes 6.375% due 1/15/15 | C | Int./Div. | K | T | | | | | |
| 68. -- HCA Inc. Sr. Notes -- Callable 8/15/14 | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- HCA Sr. Notes -- callable 3/15/15 | B | Int./Div. | K | T | | | | | |
| 70. -- Icahn Enterprises LP/Corp. Sr. Notes -- 1/15/14 | B | Int./Div. | L | T | Buy | 02/07/13 | K | | |
| 71. -- same as above | | | | | Buy (add'l) | 03/13/13 | K | | |
| 72. -- same as above | | | | | Buy (add'l) | 05/22/13 | K | | |
| 73. -- Metro Nashville Airport Authority Bonds | B | Int./Div. | K | T | | | | | |
| 74. -- Morgan Stanley Sr. Notes -- Step-Up Coupon to 6% | A | Int./Div. | | | Sold | 07/30/13 | K | A | |
| 75. -- Tensoro Corp. Sr. Notes -- Callable 6/1/14 @ 104.875 | A | Int./Div. | K | T | Buy | 07/10/13 | K | | |
| 76. -- Vulcan Materials C. Sr. Notes 6.5% due 12/1/16 | B | Int./Div. | K | T | | | | | |
| 77. -- Schwab Advisor Cash Reserves -- Premier | A | Dividend | L | T | | | | | |
| 78. Manulife Financial Corp. Common Stock | C | Dividend | J | T | | | | | |
| 79. Trust # 1 | | | | | | | | | |
| 80. -- Accenture Ltd. common | A | Dividend | K | T | Buy (add'l) | 07/11/13 | J | | |
| 81. -- Apache Corp. common | A | Dividend | K | T | Buy (add'l) | 02/25/13 | J | | |
| 82. -- same as above | | | | | Sold (part) | 10/01/13 | J | A | |
| 83. -- Apple Computer common | A | Dividend | K | T | Buy (add'l) | 09/11/13 | J | | |
| 84. -- Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 85. -- Brookdale Sr. Living, Inc. common | | None | J | T | Buy (add'l) | 11/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Caterpillar, Inc. common | A | Dividend | K | T | Buy (add'l) | 03/14/13 | J | | |
| 87. -- Coca Cola Co. common | A | Dividend | K | T | Buy | 01/11/13 | J | | |
| 88. -- Corrections Corp. of America common | C | Dividend | K | T | Sold (part) | 05/21/13 | J | A | |
| 89. -- same as above | | | | | Buy (add'l) | 11/27/13 | J | | |
| 90. -- Duke Energy Corp. common | A | Dividend | K | T | | | | | |
| 91. -- Exxon Mobil Corp. common | A | Dividend | K | T | Buy (add'l) | 02/25/13 | J | | |
| 92. --HCA Holdings, Inc. common | | None | K | T | | | | | |
| 93. -- HCP Inc. common | A | Dividend | K | T | | | | | |
| 94. -- Intel corp. common | A | Dividend | K | T | | | | | |
| 95. -- International Business Machines, Inc. common | A | Dividend | K | T | | | | | |
| 96. -- Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 97. -- Level 3 Communications common | | None | K | T | | | | | |
| 98. -- Lowes Companies common | A | Dividend | K | T | Sold (part) | 07/23/13 | J | B | |
| 99. -- Philip Morris International, Inc. common | B | Dividend | K | T | | | | | |
| 100. -- Roche Holdings common | A | Dividend | K | T | | | | | |
| 101. -- Schlumberger Ltd. common | A | Dividend | K | T | | | | | |
| 102. -- United Parcel Service, Inc. class B common | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- United Technologies Corp. common | A | Dividend | K | T | | | | | |
| 104. -- Vodaphone Group PLC ADS common | B | Dividend | K | T | Sold (part) | 10/11/13 | J | A | |
| 105. --Wal-Mart Stores, Inc. common | A | Dividend | K | T | | | | | |
| 106. -- Walt Disney Co. common | | None | J | T | | | | | |
| 107. -- Wells Fargo & Co. common | D | Dividend | M | T | Sold (part) | 12/06/13 | J | A | |
| 108. -- MFS Mass. Investors Growth Stock Fund | A | Dividend | K | T | Sold (part) | 09/11/13 | J | C | |
| 109. -- Tenn. Housing Dev. Agency Bonds- due1/1/13 | A | Int./Div. | | | Sold | 01/01/13 | J | A | |
| 110. -- Schwab Advisor Cash Reserves -- Sweep | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 05/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John S. Bryant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544